**United States District Court**
For the Northern District of California

1

2

3

4

5        IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7        SAN FRANCISCO DIVISION

8    Todd Hoffman,                              NO. C 11-1622 JW

9              Plaintiff(s),          **ORDER REQUIRING JOINT STATUS**
                                      **STATEMENT**
       v.
10

11   County of Santa Clara,

12              Defendant(s).
     _____/

13        The above-entitled case has been reassigned from Judge Jeremy Fogel to Chief Judge James

14   Ware.  In light of the case reassignment, on or before **October 11, 2011**, the parties shall file a Joint

15   Status Statement to update the Court on the current status of the case.  After the Court has reviewed

16   the Joint Status Statement, the Court may order a Case Management Conference, if necessary.

17        Any currently scheduled hearings on motions are vacated and the motions shall be

18   terminated from the docket by the Clerk.  The moving party shall renotice its motion in accordance

19   with the Civil Local Rules of Court and the Court's Law and Motion calendar.  To the extent that the

20   Court's Law and Motion calendar is closed for a particular date, if a party contends that an urgent

21   hearing is required, the party may file a Motion for Administrative Relief pursuant to the Local

22   Rules requesting an expedited hearing.  In addition, to the extent that the last date for hearing

23   dispositive motions is affected by this reassignment, the parties may seek an extension of their case

24   schedule in the Joint Status Statement.

25

26   Dated:  September 29, 2011

27                                              JAMES WARE
                                                United States District Chief Judge
28