IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Todd Hoffman, | NO. C 11-01622 JW |
|       Plaintiff,<br> v.  | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| County of Santa Clara, | |
|       Defendant. | |

This case was transferred to Chief Judge James Ware on September 28, 2011. (See Docket Item No. 13.) On October 4, 2011, the parties filed a Joint Case Management Statement contending that "no case management conference is necessary at this time," on the ground that the parties have "engaged in . . . conversation" concerning a settlement demand.[1] (Docket Item No. 15 at 1-2.)

Upon review, and in light of the fact that the parties have not notified the Court of any concrete action that may have been taken in regard to any proposed settlement, the Court finds good cause to set a Case Management Conference for this case. The Court sets **January 30, 2012 at 10 a.m.** for a Case Management Conference. On or before **January 20, 2012**, the parties shall file a

---

[1] In particular, Defendant contends that as of October 4, 2011, it was "presently in the process of undertaking the necessary steps to . . . consider and respond to Plaintiff's settlement demand so that [Defendant] can have the information necessary to provide authority to [Defendant's] counsel with regard to responding to Plaintiff's settlement demand." (Docket Item No. 15 at 6.)

1  Joint Case Management Conference Statement including, *inter alia*, a good faith proposed schedule
2  for discovery, including a date for the close of all discovery.

4  Dated: December 20, 2011

                                                            JAMES WARE
                                                            United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marcy Berkman marcy.berkman@cco.sccgov.org
Michael Andrew McGill mcgill@policeattorney.com

**Dated: December 20, 2011**                              **Richard W. Wieking, Clerk**

                                                  **By:    /s/ JW Chambers**
                                                         **Susan Imbriani**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California