IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Todd Hoffman, | NO. C 11-01622 JW |
|       Plaintiff,<br>v.<br>County of Santa Clara, et al.,<br>      Defendants. | **ORDER VACATING PRETRIAL DATES; SETTING STATUS CONFERENCE RE. SETTLEMENT** |

On March 19, 2012, Plaintiff filed a Notice of Settlement indicating that the parties have reached a settlement that will "resolve all issues in this matter." (See Docket Item No. 20 at 1.) In light of the settlement, the Court VACATES all pretrial dates.

The Court sets **May 21, 2012 at 10 a.m.** for a Status Conference re. Settlement. On or before **May 11, 2012**, the parties shall either file a Stipulated Dismissal or a Joint Status Statement. In the event that a Dismissal is not filed, the parties shall set forth in their Joint Statement the status of the settlement and how much additional time is requested to finalize and file a dismissal.

Dated: March 26, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marcy Berkman marcy.berkman@cco.sccgov.org
Michael Andrew McGill mcgill@policeattorney.com

**Dated:  March 26, 2012**                              **Richard W. Wieking, Clerk**

                                                     **By:      /s/ JW Chambers**
                                                             **Susan Imbriani**
                                                             **Courtroom Deputy**