IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Todd Hoffman, | NO. C 11-01622 JW |
| Plaintiff, v. | **ORDER CONTINUING STATUS CONFERENCE RE. SETTLEMENT** |
| County of Santa Clara, et al., | |
| Defendants. / | |

On March 26, 2012, the Court vacated all dates in this case in light of Plaintiff's contention that the parties had reached a settlement. (See Docket Item No. 21.) In its Order vacating those dates, the Court ordered the parties to file either a Stipulated Dismissal or a Joint Status Statement on or before May 11, 2012. (Id.) Pursuant to that Order, the parties have filed a Joint Status Statement indicating that they are "continuing to work together to finalize the written settlement documents," and that "language in the written agreement is still being revised" at the present time. (See Docket Item No. 22 at 2.) The parties contend that the "written agreement will be finalized" and a "judgment of dismissal with prejudice" will be filed on or before June 9, 2012. (Id.)

Accordingly, the Court finds good cause to CONTINUE the May 21 Status Conference re. Settlement in this case to **June 11, 2012 at 10 a.m.** On or before **June 1, 2012**, the parties shall either file a Stipulated Dismissal or a Joint Status Statement. In the event that a Dismissal is not filed, the parties shall set forth in their Joint Statement the status of the settlement and how much additional time is requested to finalize and file a dismissal.

Dated: May 14, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marcy Berkman marcy.berkman@cco.sccgov.org
Michael Andrew McGill mcgill@policeattorney.com

**Dated: May 14, 2012**              **Richard W. Wieking, Clerk**

                                     **By:     /s/ JW Chambers**
                                          **William Noble**
                                          **Courtroom Deputy**