IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Todd Hoffman, | NO. C 11-01622 JW |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE RE. SETTLEMENT** |
| v. | |
| County of Santa Clara, et al., | |
| Defendants. | |

This case is scheduled for a Status Conference re. Settlement on June 11, 2012. On June 1, 2012, the parties filed a Joint Status Statement contending that, although they have "reached a settlement that resolves all issues in this matter," they are "still considering slight modifications to the language of the written agreement." (See Docket Item No. 24 at 2.) Further, they contend that they "anticipate that the written agreement will be finalized," and that a judgment of dismissal will be filed, "within 30 days." (Id.)

Accordingly, the Court finds good cause to CONTINUE the June 11 Status Conference re. Settlement in this case to **July 9, 2012 at 10 a.m.** On or before **June 29, 2012**, the parties shall either file a Stipulated Dismissal or a Joint Status Statement. In the event that a Dismissal is not filed, the parties shall set forth in their Joint Statement the status of the settlement and how much additional time is requested to finalize and file a dismissal.

Dated: June 5, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marcy Berkman marcy.berkman@cco.sccgov.org
Michael Andrew McGill mcgill@policeattorney.com

**Dated: June 5, 2012**					**Richard W. Wieking, Clerk**


						**By:      /s/ JW Chambers		**
						         **William Noble**
						         **Courtroom Deputy**