IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Todd Hoffman, | NO. C 11-01622 JW |
| Plaintiff, | **ORDER VACATING CONFERENCE RE. SETTLEMENT; SETTING DEADLINE FOR FILING OF STIPULATED DISMISSAL** |
| v. | |
| County of Santa Clara, et al., | |
| Defendants. | |

This case is scheduled for a Status Conference re. Settlement on July 9, 2012. On June 28, 2012, the parties filed a Joint Status Statement contending that they have "reached a settlement that resolves all issues in this matter," and that "both Plaintiff and Plaintiff's counsel have signed the written settlement agreement," which is now waiting "for execution by [Defendant's] signor." (See Docket Item No. 26 at 2.) Further, they contend that they "anticipate that the settlement requirements will be finalized shortly," and that a judgment of dismissal will be filed "within 30 days." (Id.)

The parties first informed the Court of their settlement on March 19, 2012. (See Docket Item No. 20.) Since that time, the Court has given the parties two continuances to finalize their settlement. (See Docket Item Nos. 23, 25.) Each time, the parties represented to the Court that they would be able to reduce their settlement to a writing and file the appropriate dismissal within 30 days but ultimately failed to do so. (Id.)

Because it appears that the parties are closer to filing their dismissal, insofar as they contend that they are only waiting for the County's signature on the Settlement Agreement, the Court will give the parties additional time to bring this case to a close. Accordingly, the Court VACATES the

Status Conference currently set for July 9, 2012.  Instead, the Court sets **July 31, 2012** as a firm deadline by which the parties SHALL file their Stipulated Dismissal and bring this case to a close. The Court observes that this is especially important in light of the Court's impending retirement.[1]

Dated:  July 3, 2012

*James Ware*
JAMES WARE
United States District Chief Judge

---

[1] See Chief Judge Ware Announces Transition, *available at* http://www.cand.uscourts.gov/news/82 (explaining that on April 28, 2012, Chief Judge Ware announced that he plans to "retire in August 2012 as the terms of his current law clerks come to an end.").

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marcy Berkman marcy.berkman@cco.sccgov.org
Michael Andrew McGill mcgill@policeattorney.com

**Dated: July 3, 2012**                               **Richard W. Wieking, Clerk**

                                                      **By:    /s/ JW Chambers
                                                              William Noble
                                                              Courtroom Deputy**